IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TONY M. WILLIAMS,       ) | |
|                         ) | |
|     Plaintiff,          ) | |
|                         ) | CIVIL ACTION NO. |
|     v.                  ) | 1:14cv1065-MHT |
|                         ) | (WO) |
| GREG WARD and CARL ROWE,) | |
|                         ) | |
|     Defendants.         ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Geneva County Jail, filed this lawsuit complaining about conditions in the jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss should be granted and that this case should be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 30th day of April, 2015.**

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**