IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TONY M. WILLIAMS,             )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     1:14cv1065-MHT
                              )         (WO)
GREG WARD and CARL ROWE,      )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(2) The defendants' motion to dismiss (doc. no. 22) is granted.

(3) This lawsuit is dismissed without prejudice and with no costs taxed against the plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 30th day of April, 2015.

                                           /s/ Myron H. Thompson  
                                        UNITED STATES DISTRICT JUDGE